E-filed 2/14/2017

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD MORTON,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>    Defendants. | Case No. 16-cv-05833-HRL<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 38 |

  Pro se plaintiff Edward Morton ("Morton") has failed to file a First Amended Complaint, though the deadline for doing so passed in early January. *See* Dkt. No. 27. Additionally, Morton failed to appear at the case management conference on February 14, 2017. Dkt. No. 38. At the case management conference, counsel for the defendants represented that they have attempted to contact Morton by phone and e-mail, as well as through his former counsel in this matter, and that they have been unable to reach him.

  As a result, the court hereby issues this order to show cause why the plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

  The hearing on this order to show cause will be held on March 7, 2017, at 10:00 AM in Courtroom 2, Fifth Floor, 280 South First Street, San Jose. **If plaintiff fails to appear, the case will be dismissed for failure to prosecute.**

  **IT IS SO ORDERED.**

Dated: 2/14/2017

_____
HOWARD R. LLOYD
United States Magistrate Judge